CUYAHOGA COUNTY BAR ASSOCIATION ET AL. *v.* OKOCHA.

[Cite as *Cuyahoga Cty. Bar Assn. v. Okocha* (1994), 69 Ohio St.3d 398.]

(No. 93–2102—Submitted March 23, 1994—Decided June 8, 1994.)

400

*Schulman, Schulman & Meros, Howard A. Schulman, Randall M. Perla* and *Otha Jackson,* for relator Cuyahoga County Bar Association.

*Tricarichi & Carnes* and *Charles S. Tricarichi,* for relator Cleveland Bar Association.

*Kaiser & Shattuck Co., L.P.A.,* and *Mark A. Kaiser,* for respondent.

---

*Per Curiam.* We agree with the board's findings, conclusions, and recommendation. Accordingly, we order that respondent be suspended indefinitely from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.